| | |
|---|---|
| 1 | LAW OFFICES OF STEPHEN M. MURPHY |
| | STEPHEN M. MURPHY (No. 103768) |
| 2 | P. BOBBY SHUKLA (No. 229736) |
| | 353 SACRAMENTO STREET, STE. 1140 |
| 3 | San Francisco, CA 94111 |
| | Tel:   (415) 986-1338 |
| 4 | Fax:  (415) 986-1231 |
| 5 | Attorneys for Plaintiffs |
| | MYRON MANOWN |
| 6 | |
| 7 | SEDWICK LLP |
| | 333 Bush Street, 30th Floor |
| 8 | San Francisco, CA 94101-2834 |
| | Tel.:  (415) 781-7900 |
| 9 | Fax.: (415) 781-2635 |
| 10 | LANER MUCHIN, LTD. |
| | 515 North State Street, Suite 2800 |
| 11 | Chicago, IL 60654 |
| | Tel.:  (312) 467-9800 |
| 12 | Fax:  (312) 467-9479 |
| 13 | Attorneys for Defendants |
| | MAPLE LEAF BAKERY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MYRON MANOWN, | CASE NO. CV 13 5131 RS |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| MAPLE LEAF BAKERY, INC., and DOES 1-20, inclusive, | |
| Defendants. | |

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
1

Pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the above-captioned action by Plaintiff Myron Manown against Defendant Maple Leaf Bakery, Inc., shall be dismissed with prejudice, and that, except as otherwise provided in the agreements between the parties, each party shall bear their own costs and fees, including attorneys' fees.

**IT IS SO STIPULATED**.

Dated: April 30, 2014     LAW OFFICES OF STEPHEN M. MURPHY

By:  /s/ Stephen M. Murphy
STEPHEN M. MURPHY
Attorneys for MYRON MANOWN

Dated: April 30, 2014     LANER MUCHIN, LTD.

By:  /s/ James Convery
JAMES CONVERY
Attorneys for MAPLE LEAF BAKERY, INC.

**ORDER**

It is hereby ordered and adjudged that this matter is dismissed with prejudice and that, except as otherwise provided in the agreements between the parties, each party shall bear their own costs and fees, including attorneys' fees.

**IT IS SO ORDERED**.

DATED: 5/7/14     _____
JUDGE RICHARD SEEBORG